IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:25-CV-596-FL-BM

| | | |
|---|---|---|
| CHRISTOPHER VELTRI,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Brian Meyers regarding the plaintiff's social security brief (DE 8) and defendant's motion to remand (DE 13). No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, defendant's decision is REVERSED and this matter is REMANDED to defendant pursuant to sentence four of 42 U.S.C. § 405(g) for determination of benefits consistent with the M&R. Defendant's motion to remand for additional administrative proceedings on the issue of whether plaintiff is disabled is DENIED for the reasons stated in the M&R. The clerk of court is directed to close the case.

SO ORDERED, this the 21st day of September, 2026.

LOUISE W. FLANAGAN
United States District Judge